**Judge Franklin D. Burgess**

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:**<br><br>GONZALO CRISTIAN MONTECINO MADARIAGA,<br><br>Petitioner,<br><br>and<br><br>PAULA ANDREA ORREGO PIZARRO,<br><br>Respondent. | **NO.** C09-5398<br><br>**STIPULATION AND ORDER PERMITTING WITHDRAWAL OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR: Monday, July 27, 2009 |

### STIPULATION

Pursuant to GR 2(g), the respondent herein stipulates to the withdrawal of Kimberly A. Quach, Esq., as her attorney of record. David B. Starks, Esq., has previously appeared as attorney of record and shall remain respondent's attorney of record. The petitioner has not appeared in Federal Court at this time.

### ORDER

It is so ordered.

**STIPULATION AND ORDER
PERMITTING WITHDRAWAL
(C09-5398) - 1**



425 Pike Street, Suite 500
Seattle, WA 98101
Phone: 206.625.9600
Fax: 206.223.1999
www.mckinleyirvin.com

DATED THIS 29th day of July, 2009.

THE HONORABLE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by/Stipulated to:                  Presented by/Stipulated to:
McKINLEY IRVIN, PLLC                         JOHNSON & LECHMAN-SU, PC

_____             _____
David B. Starks, WSBA No. 28344              Kimberly A. Quach, WSBA No. 19781
Attorneys for Respondent                     Attorneys for Respondent

**STIPULATION AND ORDER**
**PERMITTING WITHDRAWAL**
 **(C09-5398) - 2**



MCKINLEY IRVIN

425 Pike Street, Suite 500
Seattle, WA  98101
Phone: 206.625.9600
Fax: 206.223.1999
www.mckinleyirvin.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the above Stipulation and Order Permitting Withdrawal of Counsel on:

Paula Orrego
Respondent/Client
4705 Northeast 58th Street
Vancouver, WA  98661

By the following method or methods:

☒  By **mailing** a copy thereof in a sealed, first class postage prepaid envelope, addressed to the person listed above and deposited with the United States Postal Service at Seattle, WA on the date set forth below.

☐  By **hand delivering** a copy thereof to the attorney(s) listed above, on the date set forth below.

☐  By **sending via overnight courier** a copy thereof in a sealed, postage prepaid envelope, addressed to the attorney(s) listed above on the date set forth below.

☐  By **faxing** a copy thereof to the attorney(s) at the fax number(s) shown above, on the date set forth below.

☐  By **emailing** a copy thereof to the at attorney(s) at the email address(es) shown above, on the date set forth below.

DATED this _____ day of July, 2009.

McKINLEY IRVIN, PLLC

_____
Christine Pontoni
Paralegal

**STIPULATION AND ORDER
PERMITTING WITHDRAWAL
(C09-5398) - 3**



425 Pike Street, Suite 500
Seattle, WA  98101
Phone: 206.625.9600
Fax: 206.223.1999
www.mckinleyirvin.com