# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

**In re:**

GONZALO CRISTIAN MONTECINO MADARIAGA,

    Petitioner,

and

PAULA ANDREA ORREGO PIZARRO,

    Respondent.

**NO.** C09-5398 FDB

**ORDER ON PETITIONER'S MOTION TO REMAND**

THIS MATTER came before the Court on the Petitioner's motion to remand. The Court has considered that motion and all supporting documents, the opposition of the respondent, and the files and records of the case. Now, therefore, the court finding itself fully advised, it is hereby:

ORDERED that the Petitioner's motion is GRANTED in part and DENIED in part. By stipulation of the Petitioner, the Petitioner's cause of action under the Hague Convention on the Civil Aspects of International Child Abduction is hereby DISMISSED.

IT IS FURTHER ORDERED that the above case is otherwise remanded to the state court for further proceedings under Chapter 26.09 RCW. The petitioner has

**ORDER ON PETITIONER'S MOTION TO REMAND (C09-5398)**
**Page 1 of 2**

asserted no federal claims beyond the Petitioner's Hague Convention action, now dismissed, and his remaining state court claims are properly heard by the state court.

IT IS FURTHER ORDERED that the Petitioner's request for fees herein is DENIED. The Respondent's removal of the Petitioner's federal claims was proper.

DATED, this 25th day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**ORDER ON PETITIONER'S MOTION TO REMAND (C09-5398)**
**Page 2 of 2**