# United States District Court

WESTERN DISTRICT OF WASHINGTON

GONZALO CRISTIAN MONTECINO MADARIAGA

JUDGMENT IN A CIVIL CASE

v.

PAULA ANDREA ORREGO PIZARRO

CASE NUMBER: C09-5398FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Petitioner's motion is GRANTED in part and DENIED in part. By stipulation of the Petitioner, the Petitioner's cause of action under the Hague Convention on the Civil Aspects of International Child Abduction is hereby DISMISSED.

IT IS FURTHER ORDERED that the above case is otherwise remanded to the state court for further proceedings under Chapter 26.09 RCW. The petitioner's asserted federal claims beyond the Petitioner's Hague Convention action, now dismissed, and his remaining state court claims are prperly heard by the state court.

IT IS FURTHER ORDERED that the Petitioner's request for fees herein is DENIED. The Respondent's removal of the Petitioner's federal claims was proper.


  August 26, 2009                                                     BRUCE RIFKIN  
Date                                                                     Clerk

                                                                                              s/Caroline M. Gonzalez  
                                                                                              Deputy Clerk